IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>FRANK MAZZOLA, et al.<br><br>Defendant. | CASE NO. CV 12-1258 MMC<br><br>~~(Proposed)~~<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Emily Stern , whose business address and telephone number is

KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue, New York, New York 10022-2585
Telephone: 212.940.8800

and who is an active member in good standing of the bar of  New York

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing  all Defendants.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: May 14, 2012

Maxine M. Chesney
United States District Judge