IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION

       Plaintiff,

v.

FRANK MAZZOLA, et al.

       Defendant.

CASE NO. CV 12-1258 MMC

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Emily Stern, whose business address and telephone number is

KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue, New York, New York 10022-2585
Telephone: 212.940.8800

and who is an active member in good standing of the bar of   New York

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing   all Defendants.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: May 14, 2012

                                     Maxine M. Chesney
                                     United States District Judge