IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION

        Plaintiff,

v.

FRANK MAZZOLA, et al.

        Defendant.
_____/

CASE NO. CV 12-1258 MMC

~~(Proposed)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Scott A. Resnik, whose business address and telephone number is

KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue, New York, New York 10022-2585
Telephone: 212.940.8800

and who is an active member in good standing of the bar of New York and New Jersey having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing all Defendants.

        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: May 14, 2012

                                    Maxine M. Chesney
                                    United States District Judge