SCOTT A. RESNIK (*pro hac vice* pending)
EMAIL: scott.resnik@kattenlaw.com
EMILY STERN (*pro hac vice* pending)
EMAIL: emily.stern@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022-2585
Telephone: 212.940.8800
Facsimile: 212.894.8776

RICHARD H. ZELICHOV (SBN: 193858)
EMAIL: richard.zelichov@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, California 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471

Attorneys for Defendants
Frank Mazzola, Felix Investments, LLC, and
Facie Libre Management Associates, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>             Plaintiff,<br><br>        v.<br><br>FRANK MAZZOLA,<br>FELIX INVESTMENTS, LLC, and<br>FACIE LIBRE MANAGEMENT ASSOCIATES, LLC,<br><br>             Defendants. | **Case No. CV 12-1258 MMC**<br><br>**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>**AND ORDER THEREON** |

Pursuant to United States District Court, Northern District of California Local Rule 6-1(a), Plaintiff Securities and Exchange Commission and Defendants Frank Mazzola, Felix Investments, LLC, and Facie Libre Management Associates, LLC, by and through their respective counsel of record, hereby stipulate and agree that Defendants' time to answer or otherwise respond to the complaint in the above-referenced action is extended to June 29, 2012.  Counsel for Defendants require sufficient time to conduct an investigation in order to respond to the complaint.  This is the first request to extend the time for Defendants to answer or otherwise respond to the complaint.

Dated: May 11, 2012               KATTEN MUCHIN ROSENMAN LLP

                                  By:    /s/ *Richard H. Zelichov*
                                         Richard H. Zelichov


                                  Attorneys for Defendants
                                  Frank Mazzola, Felix Investments, LLC, and
                                  Facie Libre Management Associates, LLC


Dated: May 11, 2012               MARC J. FAGEL
                                  MICHAEL S. DICKE
                                  ROBERT L. MITCHELL
                                  ROBERT L. TASHJIAN
                                  ROBERT S. LEACH
                                  ERIN E. SCHNEIDER
                                  MICHAEL E. LIFTIK

                                  By:   /s/ *Robert L. Tashjian*
                                         Robert L. Tashjian

                                  Attorneys for Plaintiff
                                  Securities and Exchange Commission


        PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 14, 2012               _____
                                  United States District Court Judge

Case No. CV 12-1258 MMC
STIPULATION EXTENDING TIME TO ANSWER
OR OTHERWISE RESPOND TO COMPLAINT