SCOTT A. RESNIK (admitted *pro hac vice*)
EMAIL: scott.resnik@kattenlaw.com
EMILY STERN (admitted *pro hac vice*)
EMAIL: emily.stern@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022-2585
Telephone: 212.940.8800
Facsimile: 212.894.8776

RICHARD H. ZELICHOV (SBN: 193858)
EMAIL: richard.zelichov@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, California 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471

*Attorneys for Defendants*
*Frank Mazzola, Felix Investments, LLC, and*
*Facie Libre Management Associates, LLC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br>       v.<br><br>FRANK MAZZOLA,<br>FELIX INVESTMENTS, LLC, and<br>FACIE LIBRE MANAGEMENT ASSOCIATES, LLC,<br><br>                    Defendants. | Case No. CV 12-1258 MMC<br><br>**JOINT STIPULATION TO CONTINUE RULE 26(F) SCHEDULING CONFERENCE AND ORDER THEREON**<br><br>Current Date: July 6, 2012<br>Current Time: 10:30 A.M.<br><br>New Date: July 13, 2012<br>New Time: 10:30 A.M. |

Plaintiff Securities and Exchange Commission ("SEC") and Defendants Frank Mazzola, Felix Investments, LLC, and Facie Libre Management Associates, LLC. (together, the "Parties"), by and through their respective counsel of record, hereby request that the Court continue the Rule 26(f) Scheduling Conference currently set for July 6, 2012 based on the following facts and circumstances:

1. On April 5, 2012, the Court issued a Case Management Conference Order pursuant to Rule 16(b) setting the initial Case Management Conference for July 6, 2012 at 10:30 am.

2. The Parties have met and conferred and, due to scheduling conflicts that have arisen, request that the Case Management Conference be rescheduled to July 13, 2012 at 10:30 am or at such time that is convenient for the Court on that date.

3. Good cause exists to reschedule the hearing because it will not cause undue delay, is the Parties' first request to reschedule the hearing, and is necessary to ensure that all parties will be able to meaningfully participate in the hearing.

Dated: May 30, 2012                KATTEN MUCHIN ROSENMAN LLP

                                   By: /s/ Richard H. Zelichov
                                       Richard H. Zelichov


                                   *Attorneys for Defendants*
                                   *Frank Mazzola, Felix Investments, LLC, and*
                                   *Facie Libre Management Associates, LLC*


Dated: May 30, 2012                ROBERT L. MITCHELL
                                   ROBERT L. TASHJIAN
                                   ERIN E. SCHNEIDER

                                   By: /s/ Robert L. Tashjian
                                       Robert L. Tashjian


                                   *Attorneys for Plaintiff*
                                   *Securities and Exchange Commission*

1  PURSUANT TO STIPULATION, IT IS SO ORDERED. Further, the parties are directed to
2  file a Joint Case Management Statement no later than July 6, 2012.

3  Dated: May 31, 2012

_____
United States District Court Judge

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28