| | |
|---|---|
| 1 | SCOTT A. RESNIK (*pro hac vice*) |
| | EMAIL: scott.resnik@kattenlaw.com |
| 2 | EMILY STERN (*pro hac vice*) |
| | EMAIL:  emily.stern@kattenlaw.com |
| 3 | KATTEN MUCHIN ROSENMAN LLP |
| | 575 Madison Avenue |
| 4 | New York, New York 10022-2585 |
| | Telephone:  212.940.8800 |
| 5 | Facsimile:  212.894.8776 |
| | |
| 6 | RICHARD H. ZELICHOV (SBN: 193858) |
| | EMAIL: richard.zelichov@kattenlaw.com |
| 7 | KATTEN MUCHIN ROSENMAN LLP |
| | 2029 Century Park East, Suite 2600 |
| 8 | Los Angeles, California  90067-3012 |
| | Telephone:  310.788.4400 |
| 9 | Facsimile:  310.788.4471 |
| | |
| 10 | Attorneys for Defendants |
| | Frank Mazzola, Felix Investments, LLC, and |
| 11 | Facie Libre Management Associates, LLC |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | **Case No. CV 12-1258 MMC** |
| Plaintiff, | [PROPOSED] **ORDER DIRECTING PARTIES TO APPEAR BY TELEPHONE AT JULY 13, 2012 CASE MANAGEMENT CONFERENCE** |
| v. | |
| FRANK MAZZOLA, FELIX INVESTMENTS, LLC, and FACIE LIBRE MANAGEMENT ASSOCIATES, LLC, | |
| Defendants. | |

Case No. CV  12-1258 MMC
[PROPOSED] ORDER

# ORDER

For good cause shown, pursuant to Local Rule 16-10(a), ~~defendants Frank Mazzola, Felix Investments, LLC, and Facie Libre Management Associates, LLC's counsel is permitted to~~ all counsel shall appear telephonically at the Case Management Conference scheduled before this Court on July 13, 2012 at 10:30 a.m.

**IT IS SO ORDERED.**

Dated: July 6, 2012                By: _____
                                      THE HONORABLE MAXINE M. CHESNEY

Case No. CV 12-1258 MMC
[PROPOSED] ORDER                              1