SCOTT A. RESNIK (*pro hac vice*)
EMAIL: scott.resnik@kattenlaw.com
EMILY STERN (*pro hac vice*)
EMAIL: emily.stern@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022-2585
Telephone: 212.940.8800
Facsimile: 212.894.8776

RICHARD H. ZELICHOV (SBN: 193858)
EMAIL: richard.zelichov@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, California 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471

Attorneys for Defendants
Frank Mazzola, Felix Investments, LLC, and
Facie Libre Management Associates, LLC

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>             Plaintiff,<br>      v.<br><br>FRANK MAZZOLA,<br>FELIX INVESTMENTS, LLC, and<br>FACIE LIBRE MANAGEMENT ASSOCIATES, LLC,<br><br>             Defendants. | **Case No. CV 12-1258 MMC**<br><br>[~~PROPOSED~~] **ORDER DIRECTING PARTIES TO APPEAR BY TELEPHONE AT JULY 13, 2012 CASE MANAGEMENT CONFERENCE** |

Case No. CV 12-1258 MMC
[PROPOSED] ORDER

# ORDER

For good cause shown, pursuant to Local Rule 16-10(a), ~~defendants Frank Mazzola, Felix Investments, LLC, and Facie Libre Management Associates, LLC's counsel is permitted to~~ all counsel shall appear telephonically at the Case Management Conference scheduled before this Court on July 13, 2012 at 10:30 a.m.

**IT IS SO ORDERED.**

Dated: July 6, 2012          By: _____
                                 THE HONORABLE MAXINE M. CHESNEY

Case No. CV 12-1258 MMC
[PROPOSED] ORDER                               1