MARC J. FAGEL (Cal. Bar No. 154425)
ROBERT L. MITCHELL (Cal Bar No. 161354)
  mitchellr@sec.gov
ROBERT L. TASHJIAN (Cal Bar No. 191007)
  tashjianr@sec.gov
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
  schneidere@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2500

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>      v.<br><br>FRANK MAZZOLA,<br>FELIX INVESTMENTS, LLC, and<br>FACIE LIBRE MANAGEMENT ASSOCIATES, LLC,<br><br>            Defendants. | Case No. 12-cv-1258 MMC<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DISCOVERY AND RESCHEDULING TRIAL DATE |

1

1  WHEREAS, following the exchange of the parties' initial disclosures, plaintiff Securities and Exchange Commission (the "Commission") completed production of relevant documents that it collected during its pre-filing investigation;

4  WHEREAS, defendants timely responded to the Commission's Requests for Production and have begun producing responsive documents;

6  WHEREAS, defendants informed the Commission that due to the scope of documents potentially responsive to the Commission's requests, in particular, extensive electronically stored information, they do not believe that they can complete production of responsive documents until mid-April 2013 at the earliest;

10  WHEREAS, the parties anticipate the need for third party discovery, including depositions;

11  WHEREAS, the current cutoff for non-expert fact discovery, as Ordered by the Court, is April 19, 2013 (*see* Minute Order (Dkt. 30), attached; *see also* Pretrial Preparation Order (Dkt. 31));

13  WHEREAS, based on defendants' estimated time to complete production of responsive documents and the time required for anticipated third party discovery, the parties believe that they will need additional time to prepare for depositions of parties and non-parties in this matter, which would affect their ability to be ready for trial on October 21, 2013, the current trial date scheduled by the Court (*see id.*); and

18  WHEREAS, after meeting and conferring with counsel, including newly retained counsel for Defendants (*see* Dkt. 33), the parties agreed to make this request to the Court to modify the Pretrial Preparation Order (Dkt. 31) to extend the discovery period and reschedule the trial and pretrial dates.

21  THEREFORE, the parties hereby agree and stipulate that:

22  1.  All written non-expert fact discovery shall, subject to Paragraph No. 5 below, be propounded with a return date on or before April 19, 2013;

24  2.  Notwithstanding the limit on the number of depositions in Rule 30(a) of the Federal Rules of Civil Procedure, each party shall be entitled to take 15 depositions without seeking leave of Court;

27  3.  Notices for all depositions of both parties and non-parties, subject to Paragraph No. 5, below, shall be served no later than April 19, 2013;

4. All depositions of fact witnesses shall be completed no later than July 19, 2013;

5. The parties shall meet and confer should any party determine that additional discovery is required to be propounded after the date set forth in Paragraph Nos. 1 and 3, above. If the parties stipulate to the additional discovery, then such discovery shall be allowed without leave of the Court. If the parties are not able to stipulate to the additional discovery, a party make seek leave of the Court to permit such discovery;

6. A settlement conference before Magistrate Judge Joseph C. Spero, as previously ordered, shall take place in late July or early August 2013;

7. Parties shall designate their experts, if any, and make disclosures pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, no later than August 9, 2013;

8. Parties shall designate their rebuttal experts, if any, and make disclosures pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, no later than September 6, 2013;

9. All expert discovery shall be completed by September 27, 2013;

10. The parties shall file a Further Status Conference Statement no later than October 4, 2013;

11. The parties shall attend a Further Status Conference by telephone on October 11, 2013, or at a time and date as the Court shall Order;

12. The parties shall file dispositive motions, if any, no later than October 18, 2013;

13. Lead trial counsel shall meet and confer pursuant to Rule 16-10(b)(5) of the Court's Local Rules no later than December 10, 2013;

14. The parties shall attend a Pretrial Conference on January 7, 2014, at 10:00 a.m. PST, or at a time and date as the Court shall Order;

15. Trial shall commence on January 20, 2014, at 9:00 a.m. PST or at a time and date as the Court shall Order; and

//
//
//

16. Except as modified above, the parties shall comply with the Court's Pretrial Preparation Order (Dkt. 31) entered July 17, 2012, in every other respect.

DATED: March 11, 2013               Respectfully submitted,


                                    */s/ Robert L. Mitchell*
                                    ROBERT L. MITCHELL

                                    Attorney for Plaintiff
                                    SECURITIES AND EXCHANGE COMMISSION


                                    */s/ Jahan Raissi*
                                    JAHAN RAISSI

                                    Shartsis Friese LLP
                                    One Maritime Plaza, 18th Fl.
                                    San Francisco, CA  94111


                                    Scott A. Resnik
                                    Emily Stern
                                    KATTEN MUCHIN ROSENMAN LLP
                                    575 Madison Avenue
                                    New York, NY 10022

                                    Attorneys for Defendants
                                    FRANK MAZZOLA,
                                    FELIX INVESTMENTS, LLC, and
                                    FACIE LIBRE MANAGEMENT
                                    ASSOCIATES, LLC



                                            *  *  *

PURSUANT TO STIPULATION, IT IS SO ORDERED.  An amended Pretrial Preparation Order will be filed concurrently herewith.

Dated: March  25 , 2013

                                    _____
                                    United States District Court Judge