IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,                    NO.  C- 12 - 1258  MMC

vs.

                                      **AMENDED PRETRIAL**
                                      **PREPARATION ORDER**

FRANK MAZZOLA, et al.,

        Defendants.

_____ /

       It is hereby **ORDERED** pursuant to Federal Rules of Civil Procedure and the Local Rules of this Court:

JURY TRIAL DATE:  Monday,  January 20, 2014  at 9:00 a.m., Courtroom 7, 19th floor.

TRIAL LENGTH is estimated to be    15     days.

DISCOVERY PLAN:  Per Federal Rules of Civil Procedure and Local Rules, subject to any
      provisions below.

NON-EXPERT DISCOVERY CUTOFF :   July 19, 2013      , and subject to the
      limitations set forth in the parties' stipulation filed March 11, 2013.

DESIGNATION OF EXPERTS:

      Plaintiff/Defendant:  No later than    August 9, 2013      .
      Plaintiff/Defendant: Rebuttal no later than    September 6, 2013     .

      Parties shall conform to Federal Rule of Civil Procedure 26(a)(2).

EXPERT DISCOVERY CUTOFF :    September 27, 2013     .

-2-

DISCOVERY MATTERS are referred to a Magistrate Judge and are to be noticed for hearing before the assigned Magistrate Judge.

DISPOSITIVE MOTIONS shall be filed no later than   October 18, 2013  , and shall be noticed for hearing 35 days thereafter.

SETTLEMENT CONFERENCE shall be held before Magistrate Judge Joseph C. Spero, scheduled to take place in late July/early August 2013, his calendar permitting.

PRETRIAL CONFERENCE DATE:  January 7, 2014   at **3:00 p.m.**

> **COUNSEL WHO INTEND TO TRY THE CASE MUST ATTEND THE PRETRIAL CONFERENCE.** Counsel shall be prepared to discuss all aspects of the case, including settlement. Pretrial shall conform to the attached instructions.

MEET AND CONFER (Civil L.R. 16-10(b)(5)):  Lead trial counsel shall meet and confer no later than  December 10, 2013  .

FURTHER STATUS CONFERENCE:  Friday,  October 11, 2013   at 10:30 a.m.

FURTHER STATUS CONFERENCE STATEMENT DUE: Friday,  October 4, 2013 .

ADDITIONAL ORDERS:

> The parties shall comply with the Pretrial Instructions attached to the Pretrial Preparation Order filed July 17, 2012.

PLAINTIFF IS ORDERED TO SERVE A COPY OF THIS ORDER ON ANY PARTY SUBSEQUENTLY JOINED IN THIS ACTION.

DATED:  March 25, 2013

_____
MAXINE M. CHESNEY
United States District Judge