**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   SECURITIES AND EXCHANGE                 No. C-12-1258 MMC
     COMMISSION,
12                                           **ORDER VACATING HEARING ON**
                  Plaintiff,                 **PLAINTIFF'S MOTION FOR PARTIAL**
13                                           **SUMMARY JUDGMENT**
       v.
14
     FRANK MAZZOLA, et al.,
15
                  Defendants.
16   _____/

17

18        Before the Court is plaintiff Securities and Exchange Commission's Motion for Partial

19   Summary Judgment, filed October 18, 2013.  Defendants Frank Mazzola, Felix

20   Investments, LLC, and Facie Libre Management Associates, Inc. have filed opposition, to

21   which plaintiff has replied.  Having read and considered the papers filed in support of and in

22   opposition to the motion, the Court deems the matter appropriate for determination on the

23   parties' respective written submissions, and VACATES the hearing scheduled for

24   November 22, 2013.

25        **IT IS SO ORDERED.**

26

27   Dated: November 15, 2013                    _____
                                                 MAXINE M. CHESNEY
28                                               United States District Judge