**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>FRANK MAZZOLA, et al.,<br><br>    Defendants.<br>_____/ | No. C-12-1258 MMC<br><br>**ORDER VACATING HEARING ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

    Before the Court is plaintiff Securities and Exchange Commission's Motion for Partial Summary Judgment, filed October 18, 2013.  Defendants Frank Mazzola, Felix Investments, LLC, and Facie Libre Management Associates, Inc. have filed opposition, to which plaintiff has replied.  Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and VACATES the hearing scheduled for November 22, 2013.

    **IT IS SO ORDERED.**

Dated: November 15, 2013

                                                            MAXINE M. CHESNEY
                                                            United States District Judge