1  JINA L. CHOI (N.Y. Bar No. 2699718)
   MICHAEL S. DICKE (Cal. Bar No. 158187)
2  ROBERT L. MITCHELL (Cal. Bar No. 161354)
     mitchellr@sec.gov
3  ROBERT L. TASHJIAN (Cal Bar No. 191007)
     tashjianr@sec.gov
4  AARON ARNZEN (Cal. Bar No. 218272)
     arnzena@sec.gov
5
   Attorneys for Plaintiff
6  SECURITIES AND EXCHANGE COMMISSION
   44 Montgomery Street, Suite 2800
7  San Francisco, CA 94104
   (415) 705-2500
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| SECURITIES AND EXCHANGE COMMISSION, | Case No. 12-cv-1258 MMC |
|---|---|
| Plaintiff, | |
| v. | ORDER APPROVING STIPULATION ~~AND [PROPOSED] ORDER~~ TO CONTINUE TRIAL DATE |
| FRANK MAZZOLA, FELIX INVESTMENTS, LLC, and FACIE LIBRE MANAGEMENT ASSOCIATES, LLC, | Current Trial Date: January 21, 2014 Time: 9:00 a.m. Place: Courtroom 7, 19th Floor |
| Defendants. | |

Plaintiff Securities and Exchange Commission (the "Commission") and defendants Frank Mazzola, Felix Investments, LLC, and Facie Libre Management Associates, LLC (collectively, the "Defendants") have entered into the following stipulation and ask the Court to enter the Proposed Order continuing the trial date, as follows:

1.   Defendants have submitted to the Commission a signed offer to settle this matter. If accepted by the Commission and entered by the Court, Defendants' offer of settlement would resolve the claims in this matter entirely. The Commission's undersigned counsel will recommend that the Commission accept Defendants' offer of settlement.

2.   The Commission, as a public agency, follows a process for consideration of such offers that Commission's counsel estimates will require approximately six to eight weeks to complete.

3.   Selection of the jury in this matter is scheduled for January 16, 2014, and trial is scheduled to begin on January 21, 2014.

4.   The Commission and the Defendants believe it is in their best interests, and in the interest of efficiency and judicial economy, to allow the time for the Commission to consider the Defendants' settlement offer prior to a jury trial of this matter. In particular, if the Commission accepts the offer, a jury trial would be unnecessary and this case would be resolved subject to this Court's approval of the parties' settlement.

//
//
//

1   THEREFORE, the parties agree and hereby request the Court to vacate the current trial
2   dates.  The parties further request that the Court set a case management conference for Friday,
3   March 14, 2014 at 10:30 a.m.  By that date the parties expect to be able to apprise the Court as to
4   the acceptance or rejection of the offer.
5       IT IS SO STIPULATED.

8   DATED:  January 13, 2014          Respectfully submitted,

11                                    */s/ Robert L. Tashjian*
                                      ROBERT L. TASHJIAN
12                                    Attorney for Plaintiff
                                      SECURITIES AND EXCHANGE COMMISSION

15                                    */s/ Jahan Raissi*
                                      JAHAN RAISSI
16                                    Attorney for Defendants
                                      FRANK MAZZOLA,
17                                    FELIX INVESTMENTS, LLC, and
                                      FACIE LIBRE MANAGEMENT
18                                    ASSOCIATES, LLC

19                                    *   *   *

20  PURSUANT TO STIPULATION, IT IS SO ORDERED.

21
    IT IS FURTHER ORDERED that the parties shall file, no later than March 7, 2014, a Joint Case Management
22  Statement.

24  Dated:  January 15, 2014
                                      _____
25                                    Hon. Maxine M. Chesney
                                      United States District Judge